# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN THE MATTER OF: | : | No. 22-cv-1031-JMY |
| KENNETH J. TAGGART | : | |
| | : | |
| | : | |

## ORDER

AND NOW, on this 27th day of May 2022, having considered Appellee AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee ("AJX") Motion for an Extension of its Briefing Deadline, and any response thereto, it is hereby **ORDERED**, that AJX's Motion is **GRANTED**, and it is further

**ORDERED** that AXJ's Deadline to submit its Appellee Brief in this matter is hereby stayed pending the Court's consideration of AJX's Cross-Motion to Dismiss the Appeal as Moot; and it is further

**ORDERED** that, to the extent the Court determines any of the issues raised in this Appeal may proceed, AXJ shall file its Brief within 30 days of the Court's entry of an Order on AJX's Cross-Motion to Dismiss the Appeal, filed on May 19, 2022.

IT IS SO ORDERED.

BY THE COURT:

　/s/ John Milton Younge　
Judge John Milton Younge