IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH J. TAGGART,<br>　　　　Movant/Appellant, | :<br>:<br>: No.　22-cv-1031-JMY |
| vs. | :<br>: |
| AJX MORTGAGE TRUST I, A<br>DELAWARE TRUST, WILMINGTON<br>SAVINGS FUND SOCIETY, FSB,<br>GREGORY FUNDING, LLC, GREAT AJAX<br>OPERATING PARTNERSHIP, LP,<br>　　　　Respondents/Appellees. | :<br>: Bankruptcy No. 21-12476-AMC<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this 6th day of December, 2022, upon consideration of Appellees AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Gregory Funding, LLC, and Great Ajax Operating Partnership, LP' (collectively "Appellees"), Omnibus Response filed in Opposition to Debtor-Appellant Kenneth J. Taggart's "Motion Injunctive Relief or Stay," as well as Appellees' Cross-Motion to Dismiss Appellant's Appeals pending in at Docket Nos. 22-cv-01031, 22-cv-00586, and 22-cv-00475 (ECF No. 8), and an response thereto, it is hereby ORDERED that Appellant's Motion for Stay (ECF No. 5) is DENIED.

It is further ORDERED that Appellee's Cross-Motion is GRANTED, and the Appeals pending at Docket Nos. 22-cv-01031, 22-cv-00586, and 22-cv-00475 are hereby DISMISSED.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　/s/ John Milton Younge
　　　　　　　　　　　　　　　　　　　　Judge John Milton Younge